UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

ERIC COBB,

        Defendant.

_____



24-CR-89-LJV-MJR
DECISION & ORDER

1.    On August 5, 2024, the defendant, Eric Cobb, pleaded guilty to Counts 1 and 2 of the information charging a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) (possession with intent to distribute cocaine). Docket Item 25.

2.    On August 5, 2024, the Honorable Michael J. Roemer, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 27.

3.    This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4.    This Court has carefully reviewed *de novo* Judge Roemer's Report & Recommendation (Docket Item 27), the plea agreement (Docket Item 25), the information (Docket Item 24), a transcript of the plea proceeding (Docket Item 28), and the applicable law.  This Court finds no legal or factual error in Judge Roemer's Report & Recommendation and therefore adopts Judge Roemer's recommendation that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty of counts 1 and 2 of the information.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's August 5, 2024 Report & Recommendation, Docket Item 27, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Eric Cobb. is now adjudged guilty under Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

SO ORDERED.

Dated:  October 9, 2024
        Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE